UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

          *Plaintiff,*

  -against-

CHRISTOPHER CASTELLUZZO,

          *Defendant.*

---

Case No. 25 CR 501 (EP)

**NOTICE OF DEFENDANT CASTELLUZZO'S MOTION TO RECUSE AND DISMISS THE INDICTMENT**

      PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, and all prior papers and proceedings, defendant Christopher Castelluzzo, will move the Honorable Evelyn Padin, District Judge, United States District Court for the District of New Jersey, at the United States Courthouse located at 50 Walnut St., Newark, New Jersey, 07102, for an Order:

- Dismissing the Indictment Because There Is No Duly Appointed United States Attorney

- Conducting an *In Camera* Review Of The Grand Jury Presentment

- Recusing Senior Counsel Phillip Lamparello And Any Assistant U.S. Attorneys Under His Authority And/Or Supervision

Dated: January 5, 2026
      Newark, New York

                            Respectfully submitted,

                            _/ s / Peter Katz_
                            Law Offices of Peter Katz, LLC
                            Peter Katz, Esq.
                            116 Village Blvd., 2nd Floor
                            Princeton, NJ 08540
                            peter@pkatzlegal.com


                            /s/ _Leslie Sammis_
                            Leslie M. Sammis
                            Sammis Law Firm
                            1005 N. Marion Street
                            Tampa, FL 33602
                            lsammis@sammislawfirm.com

                            _Attorneys for Defendant Christopher Castelluzzo_


To:    Honorable Evelyn Padin
        District Judge
        United States District Court, District of New Jersey
        United States Courthouse

        AUSAs Robert Frazer and Jordan Anger
        United States Attorney's Office, District of New Jersey

        Trial Attorneys Adrienne Rosen and Madison Albrecht
        Department of Justice