

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7ᵗʰ floor*           *973-645-2700*
*Newark, New Jersey 07102*

March 23, 2026

Hon. Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

     Re:    *United States v. Christopher Castelluzzo*, Crim. No. 25-501

Dear Chief Judge Brann:

    Given the District Court's appointment earlier today of Robert Frazer as United States Attorney for the District of New Jersey, the parties respectfully request an opportunity to discuss with each other whether the defendant still wishes to pursue his authority challenge. A week should suffice, after which the Government will report back to this Court whether any further proceedings regarding the authority issue will be necessary. The parties thank the Court for its consideration.

                Respectfully submitted,

                ROBERT FRAZER
                UNITED STATES ATTORNEY

                Mark E. Coyne
                Supervisory Assistant U.S. Attorney
                Chief, Appeals Division

cc:    Counsel of Record (via ECF)